JUDGE FRANK MONTALVO

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP06CR1853

| | | |
|---|---|---|
| SEALED: _____ | | UNSEALED __XX__ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: September 20, 2006 | MAG CT #: 06-4455M | FBI #: |
| CASE NO: EP-06-CR-____ | ASSISTANT U.S. ATTORNEY: **JUANITA FIELDEN** | |
| DEFENDANT: ARTURO ARZATE, JR. | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: U.S.   INTERPRETER NEEDED: No   LANGUAGE: | | |
| DEFENSE ATTORNEY: ADDRESS: | | EMPLOYED ___ APPOINTED ___ |
| DEFENDANT IS: | | |
| DATE OF ARREST: | | BENCH WARRANT: NO |
| PROSECUTION BY: INDICTMENT | | |
| OFFENSE (Code and Description): **CT 1** - 21:841(a)(1) & 846- Conspiracy to possess a a Controlled substance with the Intent to Distribute; **CT 2** - 18:201(b)(2)(C)-Bribery of a Public Official | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: **CTS 1** - $250,000/not Less than 5 Yrs and not more than 40 Yrs//not More than 4 Yrs Sup Release/$100 Special Assessment; **CT 2 & 3** - $250,000/not More than 15 Yrs/not More than 3 Yrs Sup Release/$100 Special Assessment. | | |
| PENALTY IS MANDATORY: YES | | |
| REMARKS: FBI: Kyle Fisher | | |

WDT-Cr-3