AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Western District of Texas - El Paso Division

UNITED STATES OF AMERICA

v.

ARTURO ARZATE, JR.

**WARRANT FOR ARREST**

CASE NUMBER: EP: 06-CR-1853 FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ARTURO ARZATE, JR.__
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of
Title _____ United States Code, Section(s) _____

William G. Putnicki
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

1/12/07     El Paso, Texas
Date and Location

Bail fixed at $ __DETAIN W/O BOND__ by __U.S. District Judge Frank Montalvo__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |