```
 1              IN THE UNITED STATES MAGISTRATE COURT
                     WESTERN DISTRICT OF TEXAS
 2                        EL PASO DIVISION


 3
    UNITED STATES OF AMERICA     )
 4                               )
    v                            )    Cause No. EP-06-CR-1853-FM
 5                               )
    ARTURO ARZATE, JR.           )
 6

 7                       APPOINTMENT HEARING
                 BEFORE THE HONORABLE MICHAEL McDONALD
 8                 UNITED STATES MAGISTRATE JUDGE
                           JUNE 18, 2008
 9

10  APPEARANCES:

11  No Appearances Announced

12

13

14

15

16

17

18

19

20  Proceedings recorded by digital recording.  Transcript produced

21  by Rhonda McCay, CSR, RPR.

22

23

24

25
```

| | |
|---|---|
| 1 | (Proceedings called to order) |
| 2 | THE COURT:  Be seated. |
| 3 | All right.  The Court is on the record in the case of |
| 4 | United States of America versus Arturo Arzate, Jr., |
| 5 | EP-06-CR-1853. |
| 6 | Mr. Arzate, how are you this morning? |
| 7 | DEFENDANT ARZATE:  Just fine, sir. |
| 8 | THE COURT:  I called the case because Judge Montalvo |
| 9 | granted an order -- or granted a motion filed by your attorney, |
| 10 | Mr. Harris, to let him withdraw.  And now -- well, the district |
| 11 | court wants me to take up the issue of whether or not you |
| 12 | qualify for a court-appointed attorney. |
| 13 | If you would, raise your right hand and I'll swear |
| 14 | you in. |
| 15 | (Witness sworn) |
| 16 | THE COURT:  All right.  I have in regard -- well, |
| 17 | first of all, is your name Arturo Arzate, Jr.? |
| 18 | DEFENDANT ARZATE:  Yes, sir. |
| 19 | THE COURT:  I do have, Mr. Arzate, this affidavit. |
| 20 | Apparently you helped fill that out this morning.  Do you know |
| 21 | what I'm referring to? |
| 22 | DEFENDANT ARZATE:  Yes, sir. |
| 23 | THE COURT:  This affidavit, did you provide all of |
| 24 | the information in it? |
| 25 | DEFENDANT ARZATE:  Yes, sir. |

```
 1            THE COURT:  Did you sign it?
 2            DEFENDANT ARZATE:  Yes, sir.
 3            THE COURT:  Is all of the information you provided
 4  true?
 5            DEFENDANT ARZATE:  Yes, sir.
 6            THE COURT:  I do find, based on your representations
 7  in your financial affidavit, that you do qualify for a
 8  court-appointed attorney.  I am going to appoint the Federal
 9  Public Defenders Office to represent you on your appeal in this
10  case.
11            Have you understood what we've done?
12            DEFENDANT ARZATE:  Yes, sir.
13            THE COURT:  All right.  We'll be in recess.
14            (Proceedings concluded)
```

1                CERTIFICATE OF ELECTRONIC RECORDING

2

3              I, Rhonda McCay, CSR, RPR, certify that the

4  foregoing is a correct transcription from the electronic

5  recording of the proceedings in the above-entitled matter.

6              I further certify that I am neither counsel for,

7  related to, nor employed by any of the parties to the action in

8  which this electronic recording was taken, and further that I

9  am not financially or otherwise interested in the outcome of

10 the action.

11

12

13
    /s/ Rhonda McCay                        August 11, 2008
14  Rhonda McCay, CSR, RPR                   DATE
    CSR No. 4457  Expires 12-31-08
15  REPORTERS, INK.
    Registration Number 420
16  221 North Kansas, Suite 1201
    El Paso, Texas 79901
17  Ph.: 915.544.1515

18

19

20

21

22

23

24

25