# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 350 U.S. COURTHOUSE
### EL PASO, TEXAS 79901

September 17, 2008

William G. Putnicki
Clerk of Court


PHILIP J. LYNCH                                             USCA NO. 08-50634
FEDERAL PUBLIC DEFENDER
727 E. DURANGO BLVD/B207
SAN ANTONIO, TX 78206


RE:EP:06cr1853 /   USA v Arturo Arzate Jr.


     In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office in the envelope provided.


X     Record on appeal consisting of (1)Volume(s) of the Record, (7) Volumes of Transcript,

     Supplemental record, including docket entries.  ) Sealed Pre Sentence Investigation

     Report and Sealed Statement of Reasons


     When you have completed your use of this appellate record, please follow any instructions provided by the Fifth Circuit in their transmittal letter to you or contact their office at:

     Hon. Charles R. Fulbruge, III, Clerk
     U.S. Court of Appeals for the Fifth Circuit
     600 S. Maestri Place
     New Orleans, LA 70130


Sincerely,

Jaime Galaviz
Deputy Clerk

I hereby acknowledge receipt of the above-referenced appellate record.

_____                              _____
Name/Address/Telephone                                                     Date