IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | |
| ARTURO ARZATE, JR. | § | EP-06-CR-1853-FM-1 |
| Defendant, | § | |
| And | § | |
| CYNTHIA I. ARZATE, aka CYNTHIA I. HERNANDEZ | § | |
| | § | |
| Garnishee. | | |

## CYNTHIA I. ARZATE'S ANSWER
## TO
## UNITED STATE OF AMERICA'S WRIT OF GARNISHMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now CYNTHIA ARZATE formerly known as CYNTHIA RAMIREZ and files her Answer to the Writ of Garnishment served on behalf of the UNITED STATES OF AMERICA. CYNTHIA ARZATE, the Garnishee herein, asserts that she is in no manner and upon no account or under liability to the Defendant, ARTURO ARZATE, JR. CYNTHIA ARZATE further asserts that she does not have in her possession or control any property belonging to the Defendant, ARTURO ARZATE JR., or in which the Garnishee has an interest; and in no manner liable as Garnishee in this action.

SIGNED: this 23RD day of March 2009.

_____
CYNTHIA ARZATE
Garnishee

Subscribed and sworn to before me this 23rd day of March 2009.



_____
Notary Public
The State of Texas

LAURA KNIGHT
Notary Public, State of Texas
My Commission Expires
September 07, 2009

### CERTIFICATE OF SERVICE

The undersigned attorney affirms that a copy of the foregoing instrument filed on behalf of CYNTHIA ARZATE has been submitted by regular mail to the Defendant, ARTURO ARZATE JR., Inmate No. 81185-180 U.S. Penitentiary Terre Haute Terre Haute, IN 47802, and, the United States Attorney, Attn: AUSA Susan B. Biggs, 601 N.W. Loop 410, Suite 600 San Antonio, Texas 78216.

Done this 23rd day of March 2009.

_____
GINO ESTRADA-C.
Attorney for CYNTHIA ARZATE
State Bar of Texas No. 04022200
Suite 150, The Willows
9434 Viscount Blvd.
El Paso, Texas 79925