# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.  EP06CR1853(1)-MON** |
| | ) | **USAO NO.  2008A75921** |
| **ARTURO ARZATE, JR.,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the above Court will please note that Susan B. Biggs is no longer representing the Plaintiff, United States of America, in this case, as she has retired from the Office of the United States Attorney.   The undersigned respectfully requests that Ms. Biggs be removed from the Electronic Case Filing list of persons entitled to notice.   The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case.   The undersigned will be representing Plaintiff for the purpose of collecting on Defendant's criminal/civil debt.   It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

**Kristy K. Callahan**
**Assistant United States Attorney**
**601 N.W. Loop 410, Suite 600**
**San Antonio, Texas 78216**
**Kristy.Callahan@usdoj.gov**

Respectfully submitted,

**ROBERT PITMAN**
UNITED STATES ATTORNEY

By:     /s/ Kristy K. Callahan
        Assistant United States Attorney
        Mississippi Bar No. 101255
        601 NW Loop 410, Suite 600
        San Antonio, TX 78216
        T: (210) 384-7255
        F: (210) 384-7247
        **Kristy.Callahan@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that _____ JUL 0 3 2012 _____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Gino Estrada-C**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Robert R. Harris, Attorney for Arturo Arzate, Jr.
Law Office of Robert R. Harris
521 Texas Ave.
El Paso, Texas 79901

/s/ Kristy K. Callahan
Assistant United States Attorney